DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JENEEN CARTER-CHISM,**
Appellant,

v.

**SEAN DOE,**
Appellee.

No. 4D21-2043

[October 21, 2021]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael G. Kaplan, Judge; L.T. Case No. DVCE21-004168.

Jeneen Carter-Chism, Coral Springs, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***